UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LEWIS CONDIFF on Behalf of Himself and on Behalf of All Other Similarly Situated | § § § § | |
| V. | § | NO. 3:13-cv-00211 |
| GENESIS ENERGY, LLC AND GENESIS MARINE, LLC | § § § | |

## ORDER

Before the Court is the parties' Agreed Motion for Stay (Doc. No. 10). The Motion seeks a stay of this case pending the decision of the United States Court of Appeals for the Fifth Circuit in the interlocutory appeal in *Coffin v. Blessey Marine Services, Inc.* This is one of several identical cases on this Court's docket. In a number of those cases the Court has granted similar Agreed Motions.

It seems clear to this Court that the Fifth Circuit in *Blessey* has the power to render an effective judgment on an issue that is necessary to the disposition of these cases. *Intel Corp. v. M/A Victoria,* 710 F.2d 199, 203 (5th Cir. 1983), and that a stay of further proceedings at the District Court level makes sense.

It is, therefore, the ORDER of this Court that the Agreed Motion for Stay (Instrument no. 10) is GRANTED and this action is STAYED pending the outcome of the interlocutory appeal in *Blessey*.

DONE at Galveston, Texas, this 13th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE